UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RUTH DOPSON-TROUTT and
FRANK TROUTT,

       Plaintiffs,

v.                                        Case No.: 8:06-cv-1708-T-24EAJ

NOVARTIS PHARMACEUTICALS
CORPORATION,

       Defendant.
_____/

## CASE MANAGEMENT AND SCHEDULING ORDER

Having considered the case management report submitted by the parties, the Court enters the following case management and scheduling deadlines:

| | |
|---|---|
| Deadline for *Daubert* Motions Challenging Expert Testimony and Motions for Summary Judgment | 12/3/12 |
| Deadline for *Daubert* Oppositions to Motions Challenging Expert Testimony and Motions for Summary Judgment | 12/17/12 |
| Deadline for *Daubert* Replies to Motions Challenging Expert Testimony and Motions for Summary Judgment | 1/7/13 |
| Close of Damages Discovery | 3/29/13 |
| Deadline for NPC's Motion to Apply NJ Law to Punitive Damages | 4/15/13 |
| Deadline for Plaintiff's Opposition to NPC's Motion to Apply NJ Law to Punitive Damages | 4/29/13 |
| Deadline for Supplemental Expert Reports | 5/13/13 |
| Deadline to Exchange Exhibits and Deposition Designations | 6/3/13 |
| Deadline to Exchange Counter-Designations and Objections to Exhibits and Deposition Designations | 6/17/13 |
| Deadline to Exchange Objections to Counter-Designations | 7/1/13 |

| Deadline for Parties to Confer Telephonically or In Person regarding Preparation of Joint Final Pretrial Statement | 7/8/13 |
|---|---|
| Deadline to Submit Joint Final Pretrial Statement | 7/22/13 |
| Deadline to Submit Disputed Motions *in Limine* and any other motions | 8/5/13 |
| Deadline to Submit Oppositions to Motions *in Limine* and any other motions | 8/19/13 |
| Final Pretrial Conference | 9/12/13, 8:30 a.m. |
| Trial | October 2013 |
| Estimated Length of Trial | 2-3 weeks |
| Jury/Non-Jury | Jury |
| Mediation | 6/3/13 |

This Order controls the subsequent course of this proceeding. The parties shall follow these additional instructions:

1. **PRETRIAL CONFERENCE:** A pretrial conference will be held before the Honorable Susan C. Bucklew, United States District Judge, in the Sam M. Gibbons United States Courthouse, in Tampa, Florida, on *Thursday, September 12, 2013 at 8:30 a.m.* The parties are directed to meet the pretrial disclosure requirements and deadlines in Federal Rule of Civil Procedure 26(a)(3) and to adhere to all requirements in Local Rule 3.06 concerning final pretrial procedures. The parties shall file a **JOINT** pretrial statement no later than *July 22, 2013.* The pretrial conference must be attended by lead trial counsel who is vested with full authority to make agreements touching on all matters pertaining to the trial.

2. **MEDIATION**: The parties shall participate in court-annexed mediation by *June 3, 2013.* The parties shall file a stipulation selecting a mediator within 60 days of the date of this order. The list of certified mediators is available in the Clerk's Office and on the internet at

www.flmd.uscourts.gov under "Attorney Resources."  Additionally, at least 45 days before the mediation deadline, Plaintiffs shall file a notice that informs the Court of the date on which the parties' mediation is scheduled.

3. **EXTENSIONS OF DEADLINES:**  Motions to amend any pleading or to continue the pretrial conference, trial, or any other scheduled deadlines are distinctly disfavored after entry of this Case Management and Scheduling Order.  Local Rule 3.05(c)(2)(E) and (c)(3)(D).

4. **SUMMARY JUDGMENT PROCEDURES:**  The following procedures concerning summary judgment motions shall be followed:

    (a) A party's claims or defenses for which summary judgment is sought shall be presented in a single motion and legal memorandum.  Multiple motions for summary judgment will not be permitted.

    (b) Pursuant to Federal Rule of Civil Procedure 56(c), as interpreted by the Eleventh Circuit Court of Appeals, the parties are hereby notified that the Court will take any motion for summary judgment and all materials in support or in opposition thereto under advisement as of the last day for filing pleadings pertaining to the motion for summary judgment, as that date is mandated by the rules of procedure or by order of the Court.  Failure to respond to a motion for summary judgment shall indicate there is no opposition to the motion and may result in final judgment being entered without a trial or other proceeding.

    (c) Motions to extend time or to alter any requirements set forth in this order

or other rules governing summary judgment motions, including the page limit for memoranda of law pursuant to the Local Rules, are distinctly disfavored.

 (d) Oral argument generally will not be heard on the motions.

5. **SETTLEMENTS**:  Counsel shall immediately notify Chambers or the Courtroom Deputy Clerk if the case has settled.  *See* Local Rule 3.08.  Notices of settlement must be in writing.

**DONE AND ORDERED** at Tampa, Florida, this 21st day of November, 2012.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge