UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RUTH DOPSON-TROUTT and
FRANK TROUTT,
    Plaintiffs,

v.      Case No.: 8:06-CV-1708-T-24-EAJ

NOVARTIS PHARMACEUTICALS
CORPORATION,
    Defendant.
_____/

# ORDER

This cause comes before the Court on a Motion to Strike Novartis' Belated Summary Judgment Motion and to Strike Improper and Prolix Statements in the Parties' Joint Pretrial Statement filed by Plaintiffs Ruth Dopson-Troutt and Frank Troutt. [Doc. 141]. The Court finds it unnecessary to wait for Defendant Novartis Pharmaceuticals Corporation's ("NPC") response and will proceed to rule on the motion.

On November 21, 2012, the Court entered a scheduling order requiring the parties to file their motions for summary judgment by December 3, 2012. [Doc. 65]. On December 3, 2012, NPC timely filed its motion for summary judgment. [Doc. 73]. Plaintiffs filed a response, to which NPC filed a reply. [Docs. 78, 89]. On April 2, 2013, the Court denied NPC's motion for summary judgment. [Doc. 110]. The final pretrial conference is scheduled for September 12, 2013, and trial is scheduled for October 2013. [Doc. 65].

On July 26, 2013, NPC filed a second motion for summary judgment. [Doc. 140]. Plaintiffs contend this motion is untimely and should be stricken. [Doc. 141]. The Court agrees. NPC's motion is untimely; the deadline for filing dispositive motions was December 3, 2012. [Doc. 65]. Further, the second summary judgment motion violates the Court's scheduling order,

which specifically states that "[a] party's claims or defenses for which summary judgment is sought shall be presented in a single motion and legal memorandum" and that "[m]ultiple motions for summary judgment will not be permitted." [*Id.*, ¶ 4]. The Court therefore grants Plaintiffs' motion to strike NPC's belated motion for summary judgment.

Further, the parties filed a joint pretrial statement, in which NPC's "statement of remaining defenses" spans 14 pages. [Doc. 138 at 3-16]. Plaintiffs contend NPC's lengthy statement contravenes the Middle District of Florida Local Rule 3.06(c)(3) requirement for a "brief, general statement of each party's case" and should be stricken. [Doc. 141]. The Court agrees that NPC's statement of remaining defenses is unnecessarily lengthy and argumentative and does not follow the Court's directive.

Accordingly, it is **ORDERED** that:

I. Plaintiffs' Motion to Strike Novartis' Belated Summary Judgment Motion and to Strike Improper and Prolix Statements in the Parties' Joint Pretrial Statement [Doc. 141] is **GRANTED**;

II. NPC's Motion for Summary Judgment [Doc. 140] is **STRICKEN**;

III. NPC's "statement of remaining defenses" [Doc. 138 at 3-16] is **STRICKEN** from the parties' Joint Pretrial Statement. NPC shall file an amended brief general statement of its case, not to exceed five pages, by August 9, 2013.

**DONE AND ORDERED** at Tampa, Florida, this 2nd day of August, 2013.

SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of record