UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RUTH DOPSON-TROUTT and
FRANK TROUTT,

    Plaintiffs,

v.                                                  Case No.: 8:06-CV-1708-T-24-EAJ

NOVARTIS PHARMACEUTICALS
CORPORATION,

    Defendant.
_____/

## ORDER

This cause comes before the Court on the joint telephonic motion to continue trial by Plaintiffs Ruth Dopson-Troutt and Frank Troutt and Defendant Novartis Pharmaceuticals Corporation. The parties seek to continue the trial in this case, which is currently scheduled to begin on October 21, 2013. Upon consideration, the parties' joint telephonic motion is granted.

Accordingly, it is **ORDERED AND ADJUDGED** that the parties' joint motion to continue trial is **GRANTED**. The trial set for October 21, 2013 is hereby continued. The Court issue a new trial date upon notice from the parties.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of October, 2013.

SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of record and parties